UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SABRE GLBL INC.,

Plaintiff,

v.

SOCIETE AIR FRANCE, S.A.,

Defendant.

26-CV-7610 (DEH)

ORDER

DALE E. HO, United States District Judge:

On October 21, 2026, Koninklijke Luchtvaart Maatschappij N.V. ("KLM"), the Defendant in *Sabre GLBL Inc. v. Koninklijke Luchtvaart Maatschappij N.V.*, No. 26 Civ. 7606 (S.D.N.Y.) ("KLM Action"), and Societe Air France, S.A. ("Air France"), the Defendant in the instant action ("Air France Action"), moved to consolidate the KLM Action with the Air France Action. KLM Action ECF No. 12. On October 29, 2026, Plaintiff Sabre GLBL Inc. ("Plaintiff") and KLM filed a joint stipulation and proposed order to consolidate the two actions, with the Air France Action proposed as the leading case. KLM Action ECF No. 16.

Defendant Air France is **DIRECTED** to submit, by **November 6, 2026**, a letter informing the Court as to Air France's position on consolidation. If Air France agrees to consolidation, the parties may instead file a joint stipulation and proposed order regarding consolidation on the docket for the Air France Action.

SO ORDERED.

Dated: November 2, 2026
New York, New York

DALE E. HO
United States District Judge